IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN J. FLATLEY d/b/a JOHN J. FLATLEY ) <br> COMPANY and LUKE PAGE, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:21-cv-00285-JL |

ASSENTED-TO MOTION TO ENTER CONSENT DECREE

Pursuant to Local Rule 7.1 of the United States District Court for the District of New Hampshire, the United States requests that this Court approve and enter a consent decree that has been negotiated with respect to the defendants. In support of this motion, the United States states as follows:

1. The United States has reached an agreement to resolve this matter. This agreement, a proposed consent decree, is attached. The parties have executed an original version of this document. The parties request that this Court sign the Order attached to this consent decree.

2. The defendants assent to the relief requested in this motion.

3. Due to the nature of this motion, no memorandum of law is required.

For the reasons stated, the United States requests that this Court approve and enter the proposed consent decree.

                                              Respectfully submitted,

                                              JOHN J. FARLEY
                                              Acting United States Attorney

                                              By:  /s/ Raphael Katz
                                              Raphael Katz
                                              Assistant U.S. Attorney
                                              NY Bar No. 4371688
                                              United States Attorney's Office
                                              53 Pleasant Street
                                              Concord, NH  03301
Dated:  December 23, 2021                    raphael.katz@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on this 23rd day of December, 2021, I served a copy of this assented-to motion to enter consent decree on all parties of record in this action, via ECF.

                                               /s/ Raphael Katz
                                              Raphael Katz, AUSA