```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                              Case No. 21-cv-285-JL

John J. Flatley, et al.

## JUDGMENT

Judgment is hereby entered in accordance with the Order of Judge Joseph N. Laplante dated December 27, 2021.

                                              By the Court:

                                              _____
                                              Daniel J. Lynch
                                              Clerk of Court

Date: December 28, 2021

cc:   Raphael Katz, Esq.
       Jonathan M. Shirley, Esq.
       Joseph E. Mitchell, Esq.
       Gregory Palkon, Esq.